## AFFIDAVIT OF SERVICE

VA CODE §§ 8.01-293, 8.01-320, 8.01-325

**ASH INVESTIGATIVE SERVICES, INC.**
P. O. Box 157, Mechanicsville, Virginia 23111
(804) 257-7034
DCJS#11-3689

Case No. 11-15981-RGM

<u>United States Bankruptcy Court, Eastern District Of Virginia, Alexandria Division, Re: Joseph Anthony Spina Deborah H. Jones, Trustee, 10561 Telegraph Road, Glen Allen Va. 23059</u>
is *the name and address of the person whom service of the following is to be made.*

- ☐ Notice of Motion for Judgment and Motion for Judgment
- ☐ Subpoena in Chancery and Bill of Complaint
- ☐ Notice of Hearing
- ☐ Summons for Unlawful Detainer
- ☐ Warrant in Debt
- ☐ Subpoena for Witnesses
- ☐ Subpoena, Notice to Take Depositions
- ☒ Other –COMPLAINT TO AVOID LIEN

1. I am a private process server.
2. I am not a party to, or otherwise interested in, the subject matter in controversy in this case.
3. I am 18 years of age or older.
   - ♦ I served, as shown below, the above-named person upon whom service of process was to be made with copies described above.
   - ♦ Date and time of service:   <u>August 22, 2011 @ 3:50 p.m.</u>
   - ♦ Place of service:   <u>10561 Telegraph Road, Glen Allen Va. 23059</u>
     (Street Address, City, and State)
   - ♦ Method of service:

☐ Personal Service

Being unable to make personal service, copy was delivered in the following manner:

☒ Delivery to a family member (not temporary sojourner or guest) age 16 or older at usual place of abode of person to be served after giving information of its purport. List name, age of recipient, and relation of recipient to party:
Ashley Shenk, over the age of 18, Secretary and authorized to receive papers for Deborah Jones

☐ Posted on front door or such other door as appears to be the main entrance of usual place of abode (other authorized recipient not found).

_8-24-11_
DATE

_(signature)_
SIGNATURE OF PROCESS SERVER

Name (Print or Type)  <u>Ray Ash</u>
State of  <u>Virginia</u>     ☐ City     ☒ County of <u>Hanover</u>

Subscribed and sworn to / affirmed before me this day by _Ray Ash_

_8-24-11_
DATE

_Beverly Jo Harris_
NOTARY PUBLIC

My Commission Expires: _____

Beverly Jo Harris
Commonwealth of Virginia
Notary Public
Commission No. 7210494
My Commission Expires 09/30/2012