**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**_____Division**

**In re**                                                                                               **Case No.**


                        **Debtor(s)**                                                **Chapter**



                        **Plaintiff/Movant**

**v.**                                                                                                  **AP/CM Number**



                        **Defendant/Respondent**


**NOTICE OF HEARING**


On _____, _____ filed with the Court


NOTICE IS HEREBY GIVEN that a hearing to consider and act upon said matter will be held at:


Date:

Time:


Dated:

PROOF OF SERVICE

_____
Counsel

Date: _____

[ver. 3/24/00]